IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES VAN ERT, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | NO. 3:07-1273 |
| v. ) | JUDGE HAYNES |
| ) | |
| JERRY WAYNE SMITH, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The initial case management conference is reset for **Friday, April 18, 2008 at 3:00 p.m.**

It is so **ORDERED**.

**ENTERED** this the _28_ day of February, 2008.

WILLIAM J. HAYNES, JR.
United States District Judge