IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES VAN ERT and <br> JUDY VAN ERT <br><br> Plaintiff, <br><br> v. <br><br> JERRY WAYNE SMITH, individually and <br> d/b/a UNITED STATES OF AMERICA <br><br> Defendants. | ) <br> ) <br> ) <br> ) NO. 3:07-1273 <br> ) JUDGE HAYNES <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## AGREED ORDER OF DISMISSAL OF DEFENDANT JERRY WAYNE SMITH

The parties, the United States, through its attorneys, and James and Judy Van Ert, through their attorneys, hereby agree that this lawsuit against Jerry Wayne Smith should be dismissed.

This agreement is reached upon the stipulation between the parties, as evidenced by the submission of the Agreed Order of Dismissal, that Jerry Wayne Smith at all time relevant to this lawsuit, was acting with the course and scope of his employment as a United States civilian employee in the public works department at the United States' Ft. Campbell military base. Therefore, the United States is solely liable, if liability should be found, under the Federal Torts Claim Act for the acts, omissions and damages which are the subject of the Complaint (D.E. 1).

Wherefore, the parties are agreed that Jerry Wayne Smith should be dismissed as a party-defendant in this case.

1

It is so Ordered.

WILLIAM JOSEPH HAYNES, JR.
UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

s/ Dennis W. Stanford (with permission)
DENNIS W. STANFORD, B.P.R. #017004
215 South Second Street
Clarksville, TN 37040
Attorney for Plaintiffs


EDWARD M. YARBROUGH
United States Attorney

By: s/ S. Delk Kennedy
S. DELK KENNEDY, B.P.R. 009799
Assistant United States Attorney
110 9th Avenue South, A961
Nashville, Tennessee 37203
Telephone: (615)736-5151
Attorney for Defendant